TF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                      11-CR-430 (RRM)

SASSINE RAZZOUK,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Assistant United States Attorney Tali Farhadian from this point forward will be an Assistant United States Attorney in the above-captioned matter.   All future correspondence to the United States in the above-captioned matter should be sent to:

Assistant U.S. Attorney Tali Farhadian
United States Attorney's Office (Criminal Division)
271 Cadman Plaza East
Brooklyn, New York 11201
Tel: 718-254-6290
Email: tali.farhadian@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all

future ECF notifications are sent to Assistant United States Attorney Tali Farhadian at the email address set forth above.

Dated: Brooklyn, New York
      June 17, 2015

                            espectfully submitted,

                            KELLY T. CURRIE
                            Acting United States Attorney

                By:   /S/
                     Tali Farhadian
                     Assistant U.S. Attorney

cc:    Clerk of the Court (via ECF)