CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.    APR.03,2018    Time:11:00am

CR-11-430                  DEFT NUMBER:

DEFT NAME: **Sassine Razzouk**

　X　present　　___ not present　　___ cust.　　✓ bail

DEFENSE COUNSEL: **Steve Zissou**

　X　present　　___ not present　　✓ CJA　　___ RET.　　___ LAS


**A.U.S.A.**: Paul Tuchmann                CLERK: D. LASALLE

Reporter: Stacey Mace                      PO: Jaime Turton

INT:　(LANG.-　　)


XXX　CASE CALLED.　___ SENTENCING ADJ'D TO _____ .

X　SENTENCING HELD.　x　STATEMENTS OF DEFT AND COUNSEL HEARD.

x　DEFT SENTENCED ON COUNT  1, 2, 3 & 4  OF THE

(Superseding)　Indictment　(Information.)

Deft is sentenced to 78 incarceration to be followed by 3 years supervised release; a special assessment $400 is imposed.

REMAINING OPEN COUNTS ARE DISMISSED ON ___ GOVTS MOTION

　　　　　　　　　　　　　　　　　　　　　　　　___ COURT'S MOTION

✓ COURT ADVISED DEFT OF RIGHT TO APPEAL.　___ I.F.P. GRANTED.

___ DEFT REMANDED.　　___ DEFT ON BAIL PENDING APPEAL.

**OTHER:** Defense motion challenging the sufficiency of his guilty plea is denied.